UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN HICKS,<br><br>        Plaintiff,<br><br>   v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., et al.,<br><br>        Defendants.<br>_____/ | No. C 09-5650 MHP<br><br>**MEMORANDUM & ORDER**<br><br>**Re: Defendants' Motion to Dismiss** |

      On September 2, 2009, plaintiff Glenn Hicks filed a complaint in Alameda County Superior Court against Downey Savings and Loan Association along with various other defendants.

      On November 30, 2009, named defendants DSL Service Company and the successor in interest for Downey Savings and Loan Association removed the state court complaint to the Northern District of California. That action was assigned to Judge Hamilton. *Hicks v. Downey*, No. C 09-5619 PJH (Hicks I). The very next day, two other named defendants, Central Mortgage Company and Mortgage Electronic Registration Systems, Inc., independently removed the same state court complaint to this court. Docket No. 1 (Notice of Removal) (Hicks II).

      Judge Hamilton recently granted a motion to dismiss with leave to amend in Hicks I. Hicks I, Docket No. 10. Because plaintiff failed to amend his complaint, Judge Hamilton dismissed the action with prejudice against both removing defendants on March 5, 2010. *Id.*, Docket No. 11. Since the action before this court arises from the same state court complaint as Judge Hamilton's action, the two actions are related; however, no motion to relate was presented to this court.

In this action, Hicks II, defendants Central Mortgage Company and Mortgage Electronic Registration Systems, Inc. have filed a motion to dismiss plaintiff's complaint for failure to state a claim. Hicks II, Docket No. 4. The principles of res judicata require dismissal. The complaint at issue here is identical to the complaint already dismissed with prejudice by Judge Hamilton. Moreover, plaintiff has wholly failed to prosecute this action. Not only did he fail to file an opposition, he also failed to appear at the hearing regarding the motion to dismiss. Accordingly, defendants' motion to dismiss is GRANTED. The lis pendens for the property located at 4390 First Street, Pleasanton, California is EXPUNGED.

IT IS SO ORDERED.

Dated: March 12, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California